## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

**DD OIL COMPANY,**
**A West Virginia Corporation,**

                                                            **Civil Action No. 1:22-cv-91**

     **Plaintiff,**                                            **Judge Kleeh**

v.

**THE WEST VIRGINIA DEPARTMENT**
**OF ENVIRONMENTAL PROTECTION,**
**et al.,**

     **Defendants.**

### MOTION TO WITHDRAW AS COUNSEL FOR WVDEP DEFENDANTS

The undersigned, C. Scott Driver, hereby moves the Court for entry of an order permitting his withdrawal as counsel for the Defendants, West Virginia Department of Environmental Protection; Harold D. Ward, Cabinet Secretary; James Martin; Henry J. Harmon; Jeremy James; Doug Newlon; and, Jonathan S. Rodeheaver (collectively "WVDEP Defendants.") in the above-styled matter.  Mr. Driver so moves because the WVDEP Defendants have retained alternative counsel, Keith C. Gamble and Jonathan W. Fischer, as memorialized in Mr. Gamble's and Mr. Fischer's *Notice of Appearance* filed in Document 9 on November 4, 2022.

                                          Respectfully Submitted,
                                          WEST VIRGINIA DEPARTMENT
                                          OF ENVIRONMENTAL PROTECTION,
                                          et al.

/s/C. Scott Driver, Esq.
C. Scott Driver, W.Va. Bar ID #9846
West Virginia Department of
Environmental Protection
Office of Legal Services

                       [Attorney Signature Continued on Page 2 of 2]

1

601 57th Street SE
Charleston WV 25304
Telephone:  (304) 926-0460 x 1453
Facsimile:  (304) 926-0461
E-mail:  charles.s.driver@wv.gov

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

**DD OIL COMPANY,**
**A West Virginia Corporation,**

       **Plaintiff,**

**v.**

**THE WEST VIRGINIA DEPARTMENT**
**OF ENVIRONMENTAL PROTECTION,**
**et al.,**

       **Defendants.**

**Civil Action No. 1:22-cv-91**
**Judge Kleeh**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Motion to Withdraw as Counsel for WVDEP Defendants was filed on November 29, 2022 via the Court's CM/ECF system, whereby counsel for the parties will receive electronic notice.

/s/C. Scott Driver, Esq.
C. Scott Driver, W.Va. Bar ID #9846
West Virginia Department of
Environmental Protection
Office of Legal Services
601 57th Street SE
Charleston WV 25304
Telephone:  (304) 926-0460 x 1453
Facsimile:  (304) 926-0461
E-mail:  charles.s.driver@wv.gov